FRED SCHMITT, Respondent, v. HELEN SCHMITT, Appellant.— Interlocutory

judgment as resettled, in so far as appealed from, affirmed. No opinion. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Scudder, J., dissents and votes for reversal on the ground that there was no credible evidence to support the judgment.